```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

JOE DAVID SMOTHERS                                        PLAINTIFF

    v.                     No. 08-6024

CHRIS ROOT, Correctional Officer I,
Ouachita River Correctional Unit;
J. KING, Inmate, Ouachita River
Correctional Unit; DALE REED,
Warden Ouachita River Correctional
Unit; and the ARKANSAS DEPARTMENT
OF CORRECTION                                            DEFENDANTS

**ORDER**

    Now on this 2nd day of May 2008, there comes on for consideration the report and recommendation filed herein on April 18, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 16).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's claims against the Arkansas Department of Correction and his claims for monetary damages are DISMISSED on the grounds that the ADC is immune from suit and/or the claims are frivolous and fail to state claims upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).  The case will proceed against the remaining three defendants, namely, Chris Root, J. King and Warden Dale Reed.

      IT IS SO ORDERED.

                                     /s/ Robert T. Dawson
                                     Honorable Robert T. Dawson
                                     United States District Judge