IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOE DAVID SMOTHERS                                                                    PLAINTIFF

v.                         Civil No. 6:08-cv-06024

CHRIS ROOT, Correctional Officer I,
Ouachita River Correctional Unit;
J. KING, Inmate, Ouachita River
Correctional Unit; DALE REED, Warden,
Ouachita River Correctional Unit; and the
ARKANSAS DEPARTMENT OF CORRECTION                                  DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Joe David Smothers (hereinafter Smothers), filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983 on March 10, 2008. He proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Defendants filed a motion to dismiss this action (Doc. 19). On August 22, 2008, I entered an order (Doc. 24) directing Smothers to complete, sign, and return a questionnaire that would serve as his response to the motion to dismiss. On September 2, 2008, Smothers filed a combined response (Doc. 26) and motion to dismiss this lawsuit (Doc. 25).

I recommend that Smothers' motion to dismiss the lawsuit be granted (Doc. 25). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this **4th day of September 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE