IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOE DAVID SMOTHERS                                              PLAINTIFF

v.                           Case No. 08-6024

CHRIS ROOT, *et al.*                                           DEFENDANTS

### ORDER

Now on this 9th day of December 2008, there comes on for consideration the report and recommendation filed herein on September 4, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 19) is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**